```
1  GALTON & HELM LLP
   DANIEL W. MAGUIRE, State Bar No. 120002
2  E-mail: dmaguire@galtonhelm.com
   EDITH S. SHEA, State Bar No. 177578
3  E-mail: eshea@galtonhelm.com
   500 South Grand Avenue, Suite 1200
4  Los Angeles, California 90071-2624
   Telephone: (213) 629-8800
5  Facsimile: (213) 629-0037

6  Attorneys for Defendant Hartford Life & Accident Insurance Company
```

FILED
06 SEP 29 AM 8:49
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

BY FAX

| | |
|---|---|
| PAUL GARVER,<br><br>    Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE & ACCIDENT INSURANCE COMPANY, a Connecticut Corporation, and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. 05 CV 0294 LAB (LSP).<br><br>**STIPULATION TO REPLACE JOINT TRIAL EXHIBIT 36 and ORDER**<br><br>Trial:<br><br>DATE: September 28, 2006<br>TIME: 9:00 a.m.<br>CRTRM.: "9" |

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

5194 / 101452.1

Case No. 05 CV 0294 LAB (LSP).
STIPULATION TO REPLACE TRIAL EXHIBIT 36 and ORDER

1   Plaintiff Paul Garver and Defendant Hartford Life & Accident Insurance
2   Company hereby stipulate and agree that the attached Joint Trial Exhibit 36 shall
3   replace the existing incomplete Joint Trial Exhibit 36 in all exhibit books, including
4   the original and bench copies of the trial exhibits.

6   DATED: September 25, 2006         KENNERSON & GRANT, LLP
                                      JOHN K. GRANT
7                                     LAURA BRANDENBERG

9                                     By: _____
10                                              LAURA BRANDENBERG
                                      Attorneys for Plaintiff Paul Garver

12  DATED: September 25, 2006         GALTON & HELM LLP
13                                    DANIEL W. MAGUIRE
                                      EDITH S. SHEA

15                                    By: _____
16                                              EDITH S. SHEA
                                      Attorneys for Defendant Hartford Life &
17                                    Accident Insurance Company

18                                    **ORDER**

20  IT IS SO ORDERED.

22  Dated: __9-26-06__                _____
23                                    JUDGE OF THE U.S. DISTRICT COURT
24                                    **LARRY ALAN BURNS**

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE (213) 629-0800

# LAW OFFICES OF HOWARD BENNETT HELLEN

**MISSION VALLEY OFFICE:**
3111 CAMINO DEL RIO NORTH
SUITE 400
SAN DIEGO, CA 92108
(619) 284-9375

MELROSE LAW CENTER
380 SOUTH MELROSE DRIVE, SUITE 404
VISTA, CA 92081
(760) 433-1860
(760) 433-3101 FAX
HHELLEN@AOL.COM
WWW.ERISALTDLAW.COM

**RANCHO BERNARDO OFFICE:**
16870 W. BERNARDO DRIVE
SUITE 400
SAN DIEGO, CA 92127
(858) 485-8830

October 28, 2004

Daniel W. Maguire
Michael B. Bernacchi
GALTON & HELM, LLP
500 South Grand Avenue, Suite 1200
Los Angeles, California 90071-2624

<u>VIA FACSIMILE TRANSMISSION TO (213) 629-0037 AND FIRST-CLASS MAIL</u>

Re:   <u>Garver v. Long-Term Disability Plan of Sponsor Scripps Clinic, et. al,</u>
      United States District Court, S. Dist. Cal., Case No. 03-CV-00765 J (NLS)

### NOTICE OF WITHDRAWAL

Dear Mr. Bernacchi:

Please find enclosed true and correct copies of the following:

1. Letter dated October 7, 2004 from Mr. Gouveia of HARTFORD to this office
2. My reply letter of instant date to Mr. Gouveia

    Please be advised that, effective immediately, this firm no longer represents Paul Garver, M.D. in this or any other matter actual or potential, connected with your client HARTFORD. As stated in the enclosed letter to Mr. Gouveia, although Dr. Garver has informed me that he has retained new counsel for representation in this matter, I cannot divulge the identity of that firm due to attorney-client privilege.

    Dr. Garver has assured me that his new counsel will very shortly be introducing himself to you and/or Mr. Gouveia or other relevant HARTFORD personnel. Until that time, I respectfully request that no one at your firm, or in your client's employ or agency, or contracting to HARTFORD, make any contact with Dr. Garver for a period of 30 days from the

continued....



JOINT EXHIBIT 36

01

MICHAEL BERNACCHI, ESQ.
GALTON & HELM
OCTOBER 28, 2004
PAGE TWO

date of this letter, with the exception of mailing any monthly LTD benefits checks then due to him. This will provide a very reasonable period of time for Dr. Garver's transition to new counsel.

Nothing contained in this letter constitutes or shall be construed as a waiver of any of Dr. Garver's rights, remedies and/or defenses at law, in equity, or under the Settlement and Release Agreement.

Thank you for your attention to this matter.

Very truly yours,

Howard Bennett Hellen
HBH/sls

cc:    Client
       File

Page -2- of 2 Pages

02



October 7, 2004

Howard Bennett Hellen
Melrose Law Center
380 South Melrose Drive, Suite 345
Vista, CA 92083

Policyholder: Scripps Clinic Medical Group, Inc.
Policy number: GLT037373
Claimant: Paul Garver, M.D.

Dear Mr. Hellen:

We are writing to you regarding Dr. Garver's Long Term Disability (LTD) benefits under the above captioned Hartford group policy.

Please be advised we have amended the effective date of Dr. Garver's $10,000.00 Maximum Monthly Benefit to October 25, 2003, rather than August 1, 2003 as previously communicated in my letter of July 6, 2004, based on the October 24, 2003 effective date of the Mutual General Release. Please be advised this has generated an underpayment on Dr. Garver's claim in the amount of $10,674.38 for the period of August 1, 2003 through October 31, 2003 (attached are copies of a LTD Benefit Recalculation Worksheet and LTD Benefit Computation Worksheet). Given the previous overpayment balance on Dr. Garver's claim in the amount of $27,497.40 (see July 6 Benefit Recalculation Worksheet, less subsequent benefit payment reductions in the amount of $9,000.00), this recalculation of benefits based on an October 25, 2003 effective date generates a total current overpayment on Dr. Garver's claim in the amount of $13,823.02.

Please be advised that we are going to continue to withhold $3,000.00 per month from Dr. Garver's LTD benefits until the above overpayment amount is resolved.

Benefit Management Services
P.O. Box 13829
Sacramento, CA 95853-4829
Telephone (916) 294-1000
After hours, press ext. # 41674
Toll free 1 800 289 9140
Facsimile (916) 294-1750

03

October 7, 2004
Page 2

If you have any questions regarding the above, please feel free to contact me at (800) 289-9140, Ext. 41674.

Sincerely,

*Aaron Gouveia*

Aaron Gouveia
Senior Claim Examiner
Benefit Management Services
The Hartford Life and Accident Insurance Company

cc:   Paul Garver, M.D.
      Scripps Clinic Medical Group, Inc.
      MGIS

04

LONG TERM DISABILITY
BENEFIT RECALCULATION WORKSHEET

PAID:

| | |
|---|---|
| 8/1/03 – 8/31/03 | $ 10,000.00 |
| 9/1/03 – 9/30/03 | $ 10,000.00 |
| 10/1/03-10/31/03 | $ 10,000.00 |
| Total | = $ 30,000.00 |

SHOULD HAVE PAID

| | |
|---|---|
| 8/1/03 – 8/31/03 | $ 13,812.28 |
| 9/1/03 – 9/30/03 | $ 13,812.28 |
| 10/1/03-10/31/03 | $ 13,049.82 |
| Total | = $ 40,674.38 |

| | |
|---|---|
| TOTAL PAID | $ 30,000.00 |
| TOTAL SHOULD HAVE PAID | $ 40,674.38 |
| TOTAL UNDERPAYMENT | = $ 10,674.38 |

## LONG TERM DISABILITY
## BENEFIT COMPUTATION WORKSHEET

**Employee:**                    Paul Garver, M.D.

**Employer:**                    Scripps Clinic Medical Group, Inc.

**Benefit Percentage:**          60%

**Average Monthly Pay:**         $ 23,020.47

**Gross LTD Benefits:**          $ 10,000.00 (Maximum Insured Amount)

**Other Income Benefits:**       $ 2,123.33 State Disability Insurance Benefits
                                 (1/31/02-1/29/03)

**Current Monthly LTD Benefit:** $ 10,000.00

**Minimum Monthly Benefit:**     $ 1,000.00

**Disability Date:**             1/24/02

**Elimination Period:**          90 days

**Benefit Effective Date:**      4/24/02

**Remarks:** For the purpose of calculating a Long Term Disability (LTD) benefit, a calendar month is 30 days.

# LAW OFFICES OF HOWARD BENNETT HELLEN

**MISSION VALLEY OFFICE:**
3111 CAMINO DEL RIO NORTH
SUITE 400
SAN DIEGO, CA 92108
(619) 284-9375

MELROSE LAW CENTER
380 SOUTH MELROSE DRIVE, SUITE 404
VISTA, CA 92081
(760) 433-1860
(760) 433-3101 FAX
HHELLEN@AOL.COM
WWW.ERISALTDLAW.COM

**RANCHO BERNARDO OFFICE:**
16870 W. BERNARDO DRIVE
SUITE 400
SAN DIEGO, CA 92127
(858) 485-8830

October 28, 2004

Mr. Aaron Gouveia, Senior Claim Examiner
Benefit Management Services
THE HARTFORD LIFE & ACCIDENT INSURANCE COMPANY
P.O. Box 13829
Sacramento, CA 95853-4829

<u>VIA FACSIMILE TRANSMISSION TO (916) 294-1750 AND FIRST-CLASS MAIL</u>

Re:   <u>Former Client: Paul R. Garver, M.D.</u>
      Group Claim No.:   <u>Unknown</u>
      Soc. Sec. No.:   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
      Policy No.:   GLT- 037373

## NOTICE OF WITHDRAWAL FROM REPRESENTATION

Dear Mr. Gouveia:

    This office is in receipt of your letter dated October 7, 2004, received in our mail on October 11. In your letter you stated that the purported "overpayment" had been recalculated to the benefit of Dr. Garver, due to the error by HARTFORD in when the start date for recoupment should have occurred.

    Although I continue to stand by my previous correspondence to you and to HARTFORD counsel Michael Bernacchi of Galton & Helm, in which I clearly stated that there is no "repayment" due based on HARTFORD's express warranty in the Settlement and Release Agreement which ended the litigation in this matter, this is the final letter you will receive from this firm.

    Please be advised that this firm, effective immediately, no longer represents Dr. Garver in this matter or any other matter connected with HARTFORD. Dr. Garver has informed me that he has retained new counsel to represent him in the instant claim, although for purposes of attorney-client privilege, I am not at liberty to disclose the identity of new counsel at this time.

continued...

07

MR. AARON GOUVEIA
HARTFORD BMS
OCTOBER 28, 2004
PAGE TWO

I was assured by Dr. Garver that HARTFORD (and/or HARTFORD counsel) will receive communication from such new counsel in the very, very near future.

In view of the foregoing facts, I respectfully request that neither you nor anyone in the employ or agency of HARTFORD, or any of HARTFORD's legal representatives, contact Dr. Garver directly for at least 30 days, to allow his new counsel time to digest the relevant information and commence communications with HARTFORD on Dr. Garver's behalf.

Nothing contained in this letter constitutes or shall be construed as an admission of any kind or as a waiver of any rights, remedies or defenses that Dr. Garver may have in this matter at law, in equity, or under any applicable contracts of insurance.

Thank you very much for your kind attention to this matter.

Very truly yours,

Howard Bennett Hellen
HBH/sls

cc:   Paul Garver, M.D.
      M. Bernacchi, Esq. (Hartford Defense Counsel)
      File

08

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 500 South Grand Avenue, Suite 1200, Los Angeles, California 90071-2624.

    On September 26, 2006, I served the following document(s) described as **STIPULATION TO REPLACE JOINT TRIAL EXHIBIT 36 AND ORDER** on the interested party(ies) in this action as follows:

[☒] by placing true copies thereof enclosed in a sealed envelope addressed stated on the attached service list.

[☒] **BY MAIL:** I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope was placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

[ ] **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile. The telephone number of the sending facsimile machine was (213) 629-0037. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

[ ] **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder.

[ ] **BY HAND DELIVERY:** I delivered such envelope(s) by hand to the office of the addressee(s).

[ ] **BY PERSONAL SERVICE:** I personally delivered such envelope(s) to the addressee(s).

    I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. I declare that I [☒] am employed in the office of a member of the bar of this court at whose direction the service was made; [ ] served the above document(s) at the direction of a member of the bar of this court.

Executed on September 26, 2006, at Los Angeles, California.

SANDRA BIRD

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-8800

## SERVICE LIST

### Garver v. Hartford

| | |
|---|---|
| Paul Kennerson, Esq.<br>John Grant, Esq.<br>Kennerson & Grant, LLP<br>101 W. Broadway, Suite 1150<br>San Diego, CA 92101<br><br>Telephone: (619) 236-8555<br>Facsimile: (619) 236-0555 | Attorneys for Plaintiff<br>PAUL GARVER |

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-8800